**R. W. WALLACE and Amy F. Wallace, Husband and Wife, et al., Appellants, v. UNITED STATES of America, Appellee.**

No. 10999.

Circuit Court of Appeals, Ninth Circuit.

March 9, 1945.

Hampson, Koerner, Young & Swett and James C. Dezendorf, all of Portland, Or., for appellants.

Ernest Falk, Sp. Asst. to Atty. Gen., Lands Division, for appellee.

Before GARRECHT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein be dismissed, that a decree be filed and entered accordingly and that the mandate of this court issue forthwith.

**Minnie L. WHITTHORNE and Eva Whitthorne, Executrices of the Estate of W. R. Whitthorne, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Sherwood SWAN, Petitioner, v. SAME.**

No. 10087.

Circuit Court of Appeals, Ninth Circuit.

March 6, 1945.

Robert W. MacDonald, of Oakland, Cal. (Robinson, Price & MacDonald, of Oakland, Cal., of counsel), for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Helen R. Carloss, and Louise Foster, Sp. Assts. to Atty. Gen., for respondent.

Before DENMAN, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for the respective parties that this proceeding has been compromised and settled, and by direction of the court, it is ordered that the petition to review in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.